IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO. 3:18mj041

SEALED DOCUMENT : ORDER SEALING CRIMINAL
COMPLAINT, SUPPORTING
: AFFIDAVIT TO CRIMINAL
COMPLAINT AND ARREST WARRANT

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Supporting Affidavit to Criminal Complaint and Arrest Warrant be sealed and kept from public inspection until further Order of this Court.

_____
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE